See, also, 232 F.2d 958.

**UNITED STATES of America,**
**Appellee,**

v.

**Frank COSTELLO, Defendant-**
**Appellant.**

**No. 183, Docket 24333.**

United States Court of Appeals
Second Circuit.

Submitted Dec. 10, 1956.

Decided Dec. 12, 1956.

Hays, St. John, Abramson & Heilbron, Delaney & Donoghue, New York City, for appellant; Osmond K. Fraenkel, Morris Shilensky, Joseph Leary Delaney, New York City, and Jacob Kossman, Philadelphia, Pa., of counsel.

Paul W. Williams, U. S. Atty., New York City, for appellee; Arthur H. Christy, Robert Kirtland and William K. Zinke, Asst. U. S. Attys., New York City, of counsel.

Before SWAN, MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

Appeal from denial of a motion to correct a sentence imposed under 26 U.S.C.A. § 145(b). On the authority of United States v. Moran, 2 Cir., 236 F. 2d 361, certiorari denied November 13, 1956, 77 S.Ct. 148, the order is affirmed.